# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 11, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

152003(35)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RYAN CHARLES DIEMOND,
        Defendant-Appellant.
_____/

SC: 152003
COA: 320034
Kalamazoo CC: 2013-000101-FH

On order of the Chief Justice, the motion of defendant-appellant for leave to file an application for leave to appeal in excess of the page limit restriction is GRANTED. The 68-page application submitted on July 20, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 11, 2015

